AO 442 (Rev. 11/11) Arrest Warrant

| FILED | LODGED |
| --- | --- |
| RECEIVED | |

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington

MAR 30 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

United States of America
v.

ASHTON CONNOR GARCIA

*Defendant*

Case No. CR23-5090 BHS

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ASHTON CONNOR GARCIA,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1 & 7: Title 18, U.S.C. Sections 875(d) and 2.
Count 2, 8, & 9: Title 18, U.S.C. Sections 844(e) and 2.
Count 3 & 10: Title 18, U.S.C. Sections 844(e).
Count 4: Title 18, U.S.C. Sections 1038(a)(1)(A).
Count 5: Title 18, U.S.C. Sections 875(c) and 2.
Count 6: Title 49, U.S.C. Sections 46507(1).

Date:   03/29/2023

*Issuing officer's signature*

City and state:   Seattle, Washington

Jessica Sands, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 3/29/23, and the person was arrested on *(date)* 3/30/23
at *(city and state)* Tacoma, WA.

Date: 3/30/23

*Arresting officer's signature*

For FBI, LIERANO / DUSM
*Printed name and title*