JUDGE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-5090-BHS |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| ASHTON GARCIA, | |
| Defendant. | |

Based on the Defendant's Stipulated Motion to Continue the Pretrial Motions Deadline in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the pretrial motions due date be continued to May 4, 2023.

DONE this 21st day of April, 2023.

_____
JUDGE BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Heather Carroll*
Assistant Federal Public Defender
Attorney for Ashton Garcia

ORDER GRANTING STIPULATED MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE
(*United States v. Garcia* / CR23-5090-BHS) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710