# US v. Ashton Garcia

# Exhibit 1

# Discord Account Records
# July 16, 2022

**A1FA#9375:**   *Extortion is fun*

   *[ . . . ]*

   *I€™m like a cyber terrorist these days tbh*

2

# Discord Account Records

## July 16, 2022

**A1FA#9375:**  *Let's extort for more CP then sell it*

**aTo#5410:**  *I lowkey dk [don't know] what extorting is bru*

**A1FA#9375:**  *You hold leverage over someone to get what you want.*
*Say I had your name and you would do anything to keep that from people.*
*I'd be like fansign your dick.*
*That's extortion.*
*Or else I'll leak it.*
*In this case*
*We'll leverage the titty pic and her address and name to scare her and threaten swatting till we get what we want*
*Then we swat her anyways*
*[ . . . ]*
*This illegal shit gives me a boner*

3

# Discord Account Records

## July 16, 2022

**aTo#5410:**           *Bro we're swatting her*

**26c63962#4243:**      *no*

**A1FA#9375:**          *Yes we're swatting*

**26c63962#4243:**      *were not*
*the fuck*
*shes 12*

**Quit#9561:**          *She's fucking 12*

**A1FA#9375:**          *Yes we are*

**aTo#5410:**           *we're swatting*

**A1FA#9375:**          *We'll do it when she's at school*

                        *[ . . . ]*

**A1FA#9375:**          *lets get her to send pictures of all her parents credit card info "or we swat"*
*After we get it*
*swat*

4

# Discord Account Records
# July 17, 2022

**A1FA#9375:**   *Here's what's gonna happen*
*We're going to swat you*

[ . . . ]

**A1FA#9375:**   *If you don't send us pictures of your parents credit cards*
*We will leak your nudes*

[ . . . ]

**A1FA#9375:**   *If you don't send us credit cards*
*We have your house*
*We have your parents names*
*Everything*
*Extortion of* [VICTIM-1]
[ . . . ]
*Very simple send credit cards and you will be set free*

# Discord Account Records

## July 22, 2022

**A1FA#9375:** *bro*
*I just*
*cleared a house*
*and taunted the cop*
*he was so fucking pissed*
*[ . . . ]*
*I said help my dad is holding us hostage locks us in our rooms and rapes my mom every night*
*They ended up clearing the house and kicking the door in*
*[ . . . ]*
*It was funny asf*
*I asked how my officers* [sic]
*She said rn we have 6 we have 2 more on the way*
*I said he has lots of guns he collects then* [sic] *and he has a grenade*
*Cop said*
*We're just at that house and it doesn't match up we will find you*
*I said oh yeah? Can you trace the call behind 7 VPNs and 2 IRC proxies*

6

# Instagram Account Records

## July 22, 2022

**Author** savagecobra02 (Instagram: 40197946246)
**Sent** 2022-07-22 21:43:35 UTC
**Body** I stayed up all night swatting someone

**Author** savagecobra02 (Instagram: 40197946246)
**Sent** 2022-07-22 21:43:39 UTC
**Body** Bro it was funny asf 😂😂

**Author** cyb3rc1ouds (Instagram: 36839773306)
**Sent** 2022-07-22 23:00:15 UTC
**Body** ahhh omg

**Author** savagecobra02 (Instagram: 40197946246)
**Sent** 2022-07-23 00:09:32 UTC
**Body** They cleared the house 😂😂

**Author** savagecobra02 (Instagram: 40197946246)
**Sent** 2022-07-23 00:09:48 UTC
**Body** Cop said they gonna trace the call and get fbi involved

**Author** savagecobra02 (Instagram: 40197946246)
**Sent** 2022-07-23 00:10:12 UTC
**Body** Dear FBI, suck my dick. Disrespectfully.

**Author** cyb3rc1ouds (Instagram: 36839773306)
**Sent** 2022-07-23 00:12:40 UTC
**Body** oh shit

**Author** savagecobra02 (Instagram: 40197946246)
**Sent** 2022-07-23 00:13:34 UTC
**Body** He said they can trace it when Ik they can't without spending millions 😂😂

# Instagram Account Records
## July 22, 2022

**Author** kxngemilio (Instagram: 8510002201)
**Sent** 2022-07-22 21:45:47 UTC
**Body** what did they do

**Author** savagecobra02 (Instagram: 40197946246)
**Sent** 2022-07-22 21:45:57 UTC
**Body** Kicked the door in and raided the house 🤦

**Author** savagecobra02 (Instagram: 40197946246)
**Sent** 2022-07-22 21:46:20 UTC
**Body** She was 12 lying to my homies friend saying she's 17

**Author** kxngemilio (Instagram: 8510002201)
**Sent** 2022-07-22 21:46:28 UTC
**Body** deserved

# Discord Account Records

## July 23, 2022

**A1FA#9375:**  *i hate niggers*
*swatted a nigger lastnight*

**ghostzone#0001:**  *good*

**A1FA#9375:**  *they cleared the house fr*

**ghostzone#0001:**  *LOOOOL*

**A1FA#9375:**  *9 officers*

**ghostzone#0001:**  *can never trust anyone*

**A1FA#9375:**  *cop said they can trace the call*
*smd pig*

9

# Discord Account Records
# July 28, 2022

**A1FA#9375:**  *I called in a bomb threat on the news station*

*[ . . . ]*

*I was bored*

10

# Discord Account Records

## August 30, 2022

**A1FA#9375:**   *cut my user into your thigh*

**[VICTIM-2]:**   *idk maybe.*

**A1FA#9375:**   *no*
*i own you*
*yes*

**[VICTIM-2]:**   *we'll see*

**A1FA#9375:**   *yeah well see the sign* [sic]

**[VICTIM-2]:**   *hmm.*

**A1FA#9375:**   *yes.*
*idc*
*you don't want the consequences of saying no*
*i will ignore your ass*
*forever*

**[VICTIM-2]:**   *oh*
*. . .*

**A1FA#9375:**   *yes*
*<3*
*get to cutting bae*

11

# Discord Account Records

# September 4, 2022

**A1FA#9375:** *Hi*
*[VICTIM-2]*
*You pissed me off*

*Play with your tits on can [sic] or get swatted and terrorized for what will seem like an eternity*

*Can't believe you fucking HAVNT answered me in days*

*You think I'm just gonna let you use me*

*She's pissing me off*

12

# Discord Account Records
# September 10, 2022

**A1FA#9375:**   *im bein g investigated for swatting a streamer*
*[ . . . ]*
*always use a vpn*
*bro*
*When i vome bsck* [sic]
*were making this detectiv es life a living hell*

**aTo#5410:**   *how*
*they gone know its you*
*aren't they*

**A1FA#9375:**   *nah*

13

# Instagram Account Records
# December 15, 2022

**Author** savagecobra02 (Instagram: 40197946246)
**Sent** 2022-12-15 18:57:40 UTC
**Body** But I swatted my neighbor once just for shits and giggles 🤣

**Author** savagecobra02 (Instagram: 40197946246)
**Sent** 2022-12-15 18:58:00 UTC
**Body** I had front row seats the house was right in front of my window lmao

14

# Instagram Account Records

# December 15, 2022

**Author** savagecobra02 (Instagram: 40197946246)
**Sent** 2022-12-15 18:39:12 UTC
**Body** Hey man online pedos needs pay 😂😂

**Author** savagecobra02 (Instagram: 40197946246)
**Sent** 2022-12-15 18:39:43 UTC
**Body** Now I have a warrant and pending charges of terroristic threats and false reporting outta Pennsylvania

**Author** rigos_checkup_account (Instagram: 44117736859)
**Sent** 2022-12-15 18:40:49 UTC
**Body** How was the swat event

**Author** savagecobra02 (Instagram: 40197946246)
**Sent** 2022-12-15 18:45:33 UTC
**Body** Amazing 😂😂

**Author** savagecobra02 (Instagram: 40197946246)
**Sent** 2022-12-15 18:45:45 UTC
**Body** I've done that shit like 1000 times 😂😂

15