JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASHTON CONNOR GARCIA,<br><br>Defendant. | No. CR 23-5090-BHS<br><br>DEFENDANT'S UNOPPOSED MOTION TO CONTINUE THE DETENTION HEARING<br><br>**Noted: May 2, 2023** |

Ashton Garcia, through Assistant Federal Public Defender Heather Carroll, respectfully moves this Court to continue his detention hearing scheduled for May 3, 2023 to a date and time in approximately 2 weeks based on court availability.

On March 29, 2023, Mr. Garcia was charged by complaint with two counts of Extortion in violation of Title 18, United States Code, Section 875(d) and 2, and five counts of Threats and Hoaxes Regarding Explosives in violation of Title 18, United States Code, Section 822(e) and 2; one count of Hoaxes Regarding Firearms in violation of Title 18, United States Code, Section 1038(a)(1)(A); one count of Interstate Threats in violation of Title 18, United States Code, Section 875(c) and 2; and one count of Hoaxes Regarding Aircraft in violation of Title 49, United States Code, Section 46507(1). Dkt. 1. On March 30, 2023, Mr. Garcia was arrested on the indictment and appeared at his initial hearing, at which time he was remanded into custody and a detention hearing was set for April 18, 2023. Dkt. 11. The detention hearing was later reset to May 3, 2023. Dkt. 13.

DEFENDANT'S UNOPPOSED MOTION TO
CONTINUE DETENTION HEARING
(*United States v. Garcia* / CR23-5090-BHS) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

Mr. Garcia requires additional time for release planning in order to address conditions of release that can reasonably assure the appearance of Mr. Garcia at a future hearing, and the safety of the community. *See* 18 U.S.C. § 3142(g).

Pursuant to 18 U.S.C. § 3142(f), the Court must find good cause before extending the detention hearing beyond five days of Mr. Garcia's first appearance. Here, the Court should find that Mr. Garcia's need to finalize a release plan is good cause to set this hearing out an additional approximately 2 weeks. Counsel for Mr. Garcia has conferred with AUSA Jessica Manca, who does not oppose the defense request to reschedule the hearing date.

DATED this 2nd day of May, 2023.

Respectfully submitted,

s/ *Heather Carroll*
Assistant Federal Public Defenders
Attorney for Ashton Garcia

DEFENDANT'S UNOPPOSED MOTION TO
CONTINUE DETENTION HEARING
(*United States v. Garcia* / CR23-5090-BHS) - 2

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710