# Exhibit 1

(Screenshot of Online Swatting Call)

