# Exhibit D

Dear Judge Settle,

   I never thought I would be in this situation, writing a letter to a federal judge for my sentencing. However, I understand that its my choices that have led me here.

   I'm deeply sorry for my actions and I realize what I did was wrong in more ways than one. If I could take it all back, I would.

   I started using discord routinely when I was online college classes. Some other students had set up a server to collaborate about school. From there I got into other parts of Discord. I eventually started a server with another friend I met online.

   When I did the first swatting video, at the time I felt great. Everyone in the server thought it was great, they gave me tons of praise and attention. I felt popular, something I never felt before. I thought it was everything that it wasnt in actuality. When I think back now about my motivations for doing it, for retaliation, it seems so petty. But at the time, this Discord server was my whole life. All my "friends" were online. I was so wrapped up and invested in the online drama and attention.

The prosecutor has pointed out the more extreme comments I said online, those of racist and homophobic in nature. These arent things I really believe. In the destructive environment I was in, the more toxicity, the better the content. The more outside of social norms you go, the more recognition your going to get. To me at the time, any attention was good attention. In that environment, you feed off toxicity and attention. It was so outside any kind of social norms its hard to explain or even understand myself how I could make such comments. There is such a disconnect when you are online. I was so far away from reality.

I've watched the videos of the police response to the calls I made. I also watched interviews with the victims and read their impact statements. This made me feel horrible. Seeing the innocent people I hurt for petty reasons and my own ego. Its terrible. This could have ended up so much worse. Im so thankful nobody was seriously physically harmed, and Im sorry I cant say the same about mental harm. Its crazy to know I was like this.

When I get out of custody, I'd like to go back to college. I want to attend in-person, not online. I'd like to get into mechanical engineering. I also want to get a job. Eventually I want to be an entrepreneur of some sort. I want to make friends. I would much rather have a few friends in real life than a million friends online

that I've never met.

   I also know I need to get into some counseling. Going through this, I've learned more about my early life and about myself in general. I know that I have some underlying problems, like impulse control and addictive behavior. I need to learn how to cope with those parts of myself. And I want to learn how to be a healthy person without substances.

   I went from one extreme to another - having no freedom at my parents, to having no rules living out on my own. I need to find balance, and I have alot of growing up to do. I was 19 when I made my first swatting call. I had just turned 20 the first time I was in court, now I'll be turning 22 in September.

   I appreciate you this all into consideration. I truly regret my actions, and I will work diligently to be a better person in the future.

