HON. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-5090-BHS |
| Plaintiff, | SUPPLEMENTAL LETTER RE: SENTENCING |
| v. | |
| ASHTON GARCIA, | |
| Defendant. | |

Ashton Garcia submits the attached letter for the Court's consideration at the Sentencing Hearing scheduled in this matter for June 4, 2024, at 9:30 a.m.

DATED this 4th day of June 2024.

Respectfully submitted,

*s/ Heather Carroll*
Assistant Federal Public Defender
Attorney for Ashton Garcia

SUPPLEMENTAL LETTER RE: SENTENCING
(*United States v. Garcia*, CR23-5090-BHS) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

| | |
|---|---|
| **From:** | Ivan Garcia |
| **To:** | Heather Carroll |
| **Subject:** | Letter Of Support |
| **Date:** | Monday, June 3, 2024 6:48:47 PM |

EXTERNAL SENDER

To whom it may Concern:

  Hello everyone my name is Ivan Garcia, I am Ashton Connor's Dad. I want to thank everyone for giving me a chance to explain a little about Ashton's behavior, and whom he really is. Ashton Connor Garcia has always been a good kid growing up. He has always done good, always happy, always playful, enjoyed playing sports like soccer, baseball and hanging out with friends. Through the years he was not doing good in school, so I pulled him out of school and did online homeschool.  While doing online homeschool through the years he found that he really likes computers, and decided he wanted to take his career in Computer Science & Cyber security. He spent a lot of time using computers for school, and enjoyed gaming. Ashton has never really been a mature adult, he always played around and didn't really take a grasp on reality. He graduated, got a good job and made good money. He is a good person and means well, and has always helped people in need. Everyone makes mistakes, that I know!, but we still love him and that will never change. If Ashton was to go back and change things I'm sure he would have without a doubt. He is not whom the media portrays him to be… he is not a monster, he is good son whom loves his parents, loves his pets, and would definitely change his life around if he had a second chance.  All I ask is to reconsider his punishment, give him the opportunity he needs to make a difference in his life.  He is going to be a big brother very soon and would love if Ashton came back home to his family.

  Thank you Sincerely: Ivan Garcia & Crystal Garcia
  Ashton Connors Parents.


  P.S. to our son we love you and stay strong